*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

No. 22-BG-502

IN RE GUILLERMO D. URIARTE

DDN2022-D089

A Member of the Bar of the
District of Columbia Court of Appeals

**Bar Registration No. 463801**

BEFORE: Easterly and Howard, Associate Judges, and Fisher, Senior Judge.

**O R D E R**
(FILED— September 22, 2022)

On consideration of the accurate copy of the order from the United States Bankruptcy Court for the Eastern District of Virginia suspending Guillermo D. Uriarte from the practice of law in that court for a period of 90 days; this court's August 3, 2022, order suspending Mr. Uriarte pending resolution of this matter and directing him to show cause why reciprocal discipline should not be imposed, no response having been filed; the statement of Disciplinary Counsel; and it appearing that Mr. Uriarte has not filed his D.C. Bar R. XI, §14(g) affidavit, it is

ORDERED that Guillermo D. Uriarte is hereby suspended from the practice of law in the District of Columbia for a period of 90 days. *See In re Sibley*, 990 A.2d 483, 487-88 (D.C. 2010); *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies unless one of the exceptions is established). It is

FURTHER ORDERED that for purposes of reinstatement, Mr. Uriarte's suspension will not begin to run until such time as he files an affidavit that fully complies with the requirements of D.C. Bar R. XI, § 14(g).

**PER CURIAM**